SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br>            Plaintiff, <br><br>    vs. <br><br> Maria Del Toro, et al, <br><br>            Defendants | Case No. **2:12-cv-01017-JAM-CKD** <br><br> STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 23, 2012 FOR DEFENDANT MARIA DEL TORO INDIVIDUALLY AND D/B/A GALA FORMAL WEAR TO RESPOND TO COMPLAINT |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Maria Del Toro Individually and d/b/a Gala Formal Wear, by and through, Scott N. Johnson; Maria Del Toro Individually and d/b/a Gala Formal Wear (PRO SE), stipulate as follows:

   1. An extension of time has been previously obtained for Defendant Maria Del Toro

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. Individually and d/b/a Gala Formal Wear until June 22, 2012 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendant Maria Del Toro Individually and d/b/a Gala Formal Wear is granted an extension until July 23, 2012 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant Maria Del Toro Individually and d/b/a Gala Formal Wear response will be due no later than July 23, 2012.

IT IS SO STIPULATED effective as of June 20, 2012

Dated:   June 20, 2012                  /s/Maria Del Toro_____

                                        Maria Del Toro,
                                        Individually and d/b/a
                                        Gala Formal Wear
                                        PRO SE


Dated:   June 20, 2012                  /s/Scott N. Johnson ____
                                        Scott N. Johnson,
                                        Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED:** that Defendant Maria Del Toro
2  Individually and d/b/a Gala Formal Wear shall have until
3  July 23, 2012 to respond to complaint.
4
5  Dated:  6/22/2012
6                         /s/ John A. Mendez_____
7                         United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com