SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-01017-JAM-CKD** |
| Plaintiff, | ) STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL AUGUST 7, 2012 FOR DEFENDANT MARIA DEL TORO INDIVIDUALLY AND D/B/A GALA FORMAL WEAR TO RESPOND TO COMPLAINT |
| vs. | ) |
| Maria Del Toro, et al, | ) |
| Defendant | ) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Maria Del Toro Individually and d/b/a Gala Formal Wear, by and through, Scott N. Johnson; Maria Del Toro (PRO SE), stipulate as follows:

1. An extension of time has been previously obtained for Defendant Maria Del Toro Individually and d/b/a Gala Formal Wear until

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

July 23, 2012 to respond or otherwise plead

reference to Plaintiff's complaint.

2. Defendant Maria Del Toro Individually and d/b/a

Gala Formal Wear is granted an extension until

August 7, 2012 to respond or otherwise plead

reference to Plaintiff's complaint.

3. Defendant Maria Del Toro Individually and d/b/a

Gala Formal Wear response will be due no later

than August 7, 2012.


IT IS SO STIPULATED effective as of July 23, 2012


Dated:  July 24, 2012            /s/Maria Del Toro___ ___

Maria Del Toro

Individually and d/b/a

Gala Formal Wear

PRO SE


Dated:  July 23, 2012            /s/Scott N. Johnson ____

Scott N. Johnson,

Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

1      **IT IS SO ORDERED:** that Defendant Maria Del Toro

2  Individually and d/b/a Gala Formal Wear shall have until

3  August 7, 2012 to respond to complaint.

4

5  Dated: 7/27/2012          /s/ John A. Mendez_____

6                            United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com