SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Maria Del Toro, et al,<br><br>          Defendant | ) Case No.**2:12-cv-01017-JAM-CKD**<br>)<br>) STIPULATION AND ORDER RE:<br>) EXTENSION OF TIME UNTIL AUGUST<br>) 7, 2012 FOR DEFENDANT MARIA DEL<br>) TORO INDIVIDUALLY AND D/B/A<br>) GALA FORMAL WEAR TO RESPOND TO<br>) COMPLAINT<br>)<br>)<br>)<br>)<br>) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Maria Del Toro Individually and d/b/a Gala Formal Wear, by and through, Scott N. Johnson; Maria Del Toro (PRO SE), stipulate as follows:

      1. An extension of time has been previously obtained for Defendant Maria Del Toro Individually and d/b/a Gala Formal Wear until

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

July 23, 2012 to respond or otherwise plead
reference to Plaintiff's complaint.

2. Defendant Maria Del Toro Individually and d/b/a
Gala Formal Wear is granted an extension until
August 7, 2012 to respond or otherwise plead
reference to Plaintiff's complaint.

3. Defendant Maria Del Toro Individually and d/b/a
Gala Formal Wear response will be due no later
than August 7, 2012.


IT IS SO STIPULATED effective as of July 23, 2012


Dated:  July 24, 2012                /s/Maria Del Toro___ ___

                                     Maria Del Toro

                                     Individually and d/b/a

                                     Gala Formal Wear

                                     PRO SE


Dated:  July 23, 2012                /s/Scott N. Johnson ____

                                     Scott N. Johnson,

                                     Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1    **IT IS SO ORDERED:** that Defendant Maria Del Toro

2   Individually and d/b/a Gala Formal Wear shall have until

3   August 7, 2012 to respond to complaint.

4

5   Dated: 7/27/2012          /s/ John A. Mendez_____

6                             United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com