1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11

12
                                    ) Case No.**2:12-cv-01017-JAM-CKD**
13 Scott N. Johnson                  )
                                    ) **ORDER RE: REQUEST FOR DISMISSAL**
14        Plaintiff;                 )
                                    )
15     vs.                           )
                                    )
16 Maria Del Toro, et al,            )
                                    )
17        Defendants.                )
                                    )
18                                   )
                                    )
19 _____ )

20

21     IT  IS  SO  ORDERED  that  the  above-entitled  action  is

22 hereby dismissed with prejudice pursuant to Fed. R. Civ. P.

23 Rule 41(a)(1).

24

25 Date: August 24, 2012

26                              /s/ John A. Mendez_____
27                              U. S. District Court Judge

28

               PROPOSED ORDER RE REQUEST FOR DISMISSAL

                    CIV: S-12-01017-JAM-CKD- 1